■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS A. SANTIAGO, Appellant. [879 NYS2d 789]—Appeal from an order of the Steuben County Court (Marianne Furfure, J.), entered March 4, 2008. The order directed defendant to pay restitution.

It is hereby ordered that said appeal is unanimously dismissed (*see* CPL 450.10; *People v Fricchione*, 43 AD3d 410, 411 [2007]). Present—Martoche, J.P., Smith, Fahey, Carni and Green, JJ.